# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2402
LT Case No. 2022-301676-CFDB

———————————————

ANGIE DRIGGERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On Appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Nora Hutchinson Hall, Lori D. Loftis, and Lora S. Scott,
Assistant Regional Counsel, of Office of Criminal Conflict and
Civil Regional Counsel, Casselberry, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

March 5, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and MACIVER, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*